E TOYA M. GIBSON

# Complaint:

I applied for the server position with Ridgewells Catering, a vendor for U. S. Golf Association, but was never granted agreed upon guaranteed hours. I believe my race (Black), color, age (48) and sex (Woman) was used in this decision. I applied and was interviewed for employment. I was hired on and invited to participate in the on-boarding process, which included orientation and COVID-19 testing. A staff member for Eurofins Scientific administered the actual test for Covid-19 inside the hotel however while still outside before we could enter, a staff member or volunteer for the US Golf Administration tested me for my temperature using a handheld thermometer. The woman attempted to use the thermometer twice and stated that it must have been cold although she had used it on several people before me. On the last attempt, in a voice that sounded as if she was gritting her teeth, she said 'It doesn't like you' while holding it to my head. After the fact, weeks later I became aware that thermometer results from African Americans/Blacks are more than 3 times as likely to have an inaccurate reading. The comment, 'It doesn't like you' made me realized that she was likely aware of this information. I am both hurt and offended and find this is indication of racial discrimination. I do not believe this woman works for Ridgewells Catering but is a volunteer or committee member with the US Golf Association.

E

Although I was emailed from Mr. Rogers stating that I would receive an email from the USGA in regards to my test. Here is an excerpt from the email dated 12/3/2020: [Good Morning U.S. Women's Open Team! You should have received or will be receiving information via email (from) the United States Golf Association regarding your pre-event Covid-19 test. These tests will be free of charge and will be required in order to work onsite at the U.S. Women's Open.] I filed a separate complaint about the USGA and raising my suspicion of tortuous interference considering I received the email from them on 12/1/2020 about the pre-test which was mandatory in order to work onsite. The email was sent to at least 230 other people scheduled to work the event. In this particular event, the public could not attend therefore the email from the USGA was directed to a limited amount of people that included, staff working the event and players. Considering I was included in the email from the USGA, yet I didn't show up to work would have been called to the attention of Ridgewells. EEOC Federal Investigator Mrs. Michelle Villanueva closed the complaint a few days ago however it's clear that the USGA also participated in the discrimination considering the remarks that were made by the Woman. We had to send head-shots of ourselves before the USGA could create a badge

E

for us that was issued on the day of the Covid-19 test. I contacted Nick Rogers, Manager, with Ridgewells Catering, a vendor for Respondent about the covid test results and the work schedule. He texted and noted that he finally received my Covid-19 test results texting that I was "all set". Still an actual schedule was never sent days later into the assignment. I contacted him again via email days later and Mr. Rogers claimed he thought the email went through, as if others sent out did, for them to work the event however it was never sent to me and he apologized which is an admission of guilt. The guaranteed hours in the job offer were never formally rescinded therefore I would have been considered a no-call no show had not the requirement for working be that my test were negative. Again, however, I never received the actual test results or clearance from the United Stated Golf Association to work at Champions Golf Club. I am certain that Champion Golf Club had my information as well and I am noting again, like I did in the other complaint against the USGA, that once I got in line to take my test on 12/3/2020, a Man came behind me and stood in line claiming that

~~he worked in maintenance at the Golf Club while talking to the woman with~~

TME.

He worked in maintenance at the Golf Club while talking to the woman with the handheld. Whether or not he was told to come behind me once I arrived still lingers in my mind. He kept using a device that made a noise like an

E

arcade game. Because we were standing 6 feet apart, I could not tell what the device was. I distinctly remember him telling her that he remembered her from 5 years ago at another tournament. I was not allowed to work the event however I was snail mailed $20 for the orientation I attended. I believe that the other employees hired on who participated in the online orientation were able to work the Women's Golf event which is considered treated better than I was. According to online reports, other women employed with Ridgewells Catering filed a lawsuit back in 1986 that were discriminated against. I learned this after earlier this year, after I was kept from working the event. I believe I was discriminated against due to my race (Black), color, Sex (Woman) and age (48), in violation of Title VII of the Civil Rights Act of 1964, as amended; and the of Age Discrimination in Employment Act of 1967 (ADEA), as amended. Thank you.

Toya M. Gibson

*Toya M. Gibs* (signature)

NOTE: INK had run out as to reason I have wrote a portion of statement.

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Toya M. Gibson
7848 Leonora St
Houston, TX 77061

From: Houston District Office
Mickey Leland Building
1919 Smith Street, 7th Floor
Houston, TX 77002

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2021-01608 | Michelle Villanueva, Investigator | (346) 327-7677 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]* for Michelle Villanueva

Rayford O. Irvin,
District Director

7-16-2021
*(Date Issued)*

Enclosures(s)

cc: Chris Fraser
Chief Legal Officer
US GOLF ASSOCIATION
Attn: USGA DMCA- Agent
77 Liberty Corner Rd
Liberty Corner, NJ 07938

Lowell Keig,
Executive Director
Texas Workforce Commission
Civil Rights Division
101 East 15th St., Room 144T
Austin, TX 78778

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

<u>If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.</u>

"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):

- **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.
- In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- **Only one** major life activity need be substantially limited.
- With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
- An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**
- An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

"Regarded as" coverage:
- An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).
- "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.
- A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action* [text cut off]

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

Toya M. Gibson
*Plaintiff*
v.
United States Golf Association
*Defendant*

Civil Action No.

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: United States Golf Association
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 10/14/21

Pro Se Toya M. Gibson
*Signature of the attorney or unrepresented party*

Toya M. Gibson
*Printed name*

P.O. Box 681211 Houston 77268
*Address*

gibson_toya@hotmail.com
*E-mail address*

713 304 3092    832 368 0762
*Telephone number*

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Texas

Toya M. Gibson

v.

United States Golf Association

**EXHIBIT AND WITNESS LIST**

Case Number:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY<br>Pro Se | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/14/21 | A | | Ridgewells - Scheduling Shift Lengths |
| | | " " | B | | Image of USGA Badge |
| | | " " | C | | Email Exchanges From Nick Rogers |
| | | " " | D | | Child Support Payments |
| | | " " | E | | Statment of Description of Cause |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

A

# ridgewells

Select Page

# SCHEDULING

## Assignment Changes

The nature of the U.S. Women's Open requires that all employees be flexible with their schedules to accommodate any last minute changes, requests, or weather related circumstances. Employees may be reassigned on short notice to work a different shift or another location than originally scheduled. A Purple Tie Manager will communicate any changes in person or via email. No one, other than a Purple Tie Manager, has the authority to make changes to any employee's schedule. Employees that are reassigned to another position or area should be prepared to provide their full support assisting the operation in whatever way is required.

## Shift Lengths

Employees are guaranteed a minimum of 4 hours per shift with the condition that they arrive on time and are not sent home before the completion of the 4 hour shift due to poor performance. Employees that are late for their shift automatically forfeit their 4 hour guaranteed and will be paid for actual hours worked.







## RE: Requested Direct Deposit Form/ Doctor's Notice

**Nick Rogers** <nrogers@ridgewells.com>
Fri 12/11/2020 4:28 PM
To: Toya M. Gibson <gibson_toya@hotmail.com>

Good Afternoon Toya,

I hope all is well with you. I apologize for the fact that you never received a schedule for the event, in going back through my emails it appears that your schedule did not go through.

We can set up your direct deposit and pay you the $20.00 for attending the Zoom Orientation. This will be direct deposited on Thursday, December 24th.

Best Regards,

Nick Rogers

# Nick Rogers
**STAFFING AND OPERATIONS MANAGER, MAJOR EVENTS**
*ridgewells.com*

From: Toya M. Gibson <gibson_toya@hotmail.com>
Sent: Friday, December 11, 2020 5:04 PM
To: Nick Rogers <nrogers@ridgewells.com>
Subject: Requested Direct Deposit Form/ Doctor's Notice

** ATTENTION: This message is from an external sender.
** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Greetings,

Mr. Rogers, in hopes that all is well.

As you know, I was never sent a schedule nor was I kept abreast to why one was not sent although you noted in separate text that you would send one. I could not verifiy that one was ever sent.
Please see attached documents and please respond to ensure that you did in fact receive this email.

Thanks

Toya M. Gibson



Mobile: 713-304-3092 Mobile: 832-368-0762

Matthew 7:12 [12] So in everything, do to others what you would have them do to you, for this sums up the Law and the Prophets.



## Requested Direct Deposit Form/ Doctor's Notice

Toya M. Gibson <gibson_toya@hotmail.com>
Fri 12/11/2020 4:03 PM
**To:** Nick Rogers <nrogers@ridgewells.com>

2 attachments (709 KB)
Chase Direct Deposit.pdf; SCN_0004.pdf;

Greetings,

Mr. Rogers, in hopes that all is well.

As you know, I was never sent a schedule nor was I kept abreast to why one was not sent although you noted in separate text that you would send one. I could not verifiy that one was ever sent.
Please see attached documents and please respond to ensure that you did in fact receive this email.

Thanks


Toya M. Gibson


Mobile: 713-304-3092 Mobile: 832-368-0762

Matthew 7:12 [12] So in everything, do to others what you would have them do to you, for this sums up the Law and the Prophets.



# Child Support Interactive

## Custodial Parent: My Payments

TOYA (CP)

## Sign Up for Direct Deposit or Texas Payment Card Online!

Child support payments are sent to you electronically. You are no longer required to send in paper forms. Your options are now available online.

How To Enroll

Click the online Direct Deposit form to start or change your direct deposit information.

To receive the Texas Payment Card, click the online form and follow the instructions on the screen.

Other Parent: MELVIN BLAKE

Below are the last 12 payments.

| Date (MM/DD/YYYY) | Amount | Type |
|---|---|---|
| 09/30/2021 | $250.00 | Texas Debit Card |
| 11/06/2020 | $200.00 | Texas Debit Card |
| 10/01/2020 | $250.00 | Texas Debit Card |
| 08/21/2020 | $250.00 | Texas Debit Card |
| 07/03/2020 | $200.00 | Texas Debit Card |
| 05/28/2020 | $385.00 | Texas Debit Card |

D

| | | |
|---|---:|---|
| 01/22/2020 | $385.00 | Texas Debit Card |
| 12/09/2019 | $400.00 | Texas Debit Card |
| 09/21/2018 | $68.75 | Texas Debit Card |
| 09/21/2018 | $15.00 | Texas Debit Card |
| 09/14/2018 | $101.54 | Texas Debit Card |
| 09/07/2018 | $101.54 | Texas Debit Card |

FAQ's    Locations    Contact Us    Privacy & Security    Accessibility



# Child Support Interactive

## Custodial Parent: My Payments

TOYA  (CP)

## Sign Up for Direct Deposit or Texas Payment Card Online!

Child support payments are sent to you electronically. You are no longer required to send in paper forms. Your options are now available online.

How To Enroll

Click the online Direct Deposit form to start or change your direct deposit information.

To receive the Texas Payment Card, click the online form and follow the instructions on the screen.

Other Parent: PATRICIA ROBINSON

Below are the last 12 payments.

| Date (MM/DD/YYYY) | Amount | Type |
|---|---|---|
| 10/01/2021 | $160.00 | Texas Debit Card |
| 09/03/2021 | $160.00 | Texas Debit Card |
| 08/03/2021 | $160.00 | Texas Debit Card |
| 07/02/2021 | $160.00 | Texas Debit Card |
| 06/03/2021 | $160.00 | Texas Debit Card |
| 05/03/2021 | $160.00 | Texas Debit Card |

| Date | Amount | Method |
|---|---|---|
| 04/02/2021 | $160.00 | Texas Debit Card |
| 03/03/2021 | $160.00 | Texas Debit Card |
| 02/25/2021 | $975.00 | Texas Debit Card |
| 02/24/2021 | $160.00 | Texas Debit Card |
| 07/02/2020 | $160.00 | Texas Debit Card |
| 06/03/2020 | $160.00 | Texas Debit Card |

FAQ's    Locations    Contact Us    Privacy & Security    Accessibility